1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

8   AURORA CERVANTES,                          CASE NO. CV F 13-0144 LJO GSA

9              Plaintiff,                      **ORDER AFTER SETTLEMENT**
        vs.                                    (Doc. 8.)
10
    BIG 5 SPORTING GOODS,
11
               Defendants.
12   _____/

13          Plaintiff's counsel notified this Court that settlement has been reached among all parties as to

14   all claims.  Pursuant to this Court's Local Rule 160, this Court ORDERS plaintiff, **no later than May**

15   **23, 2013,** to file appropriate papers to dismiss or conclude this action in its entirety, or to show good

16   cause why the action has not been dismissed.

17          This Court VACATES all pending matters and dates, including the April 30, 2013 scheduling

18   conference.

19          Failure to comply with this order may be grounds for the imposition of sanctions on counsel or

20   parties who contributed to violation of this order.  *See* Local Rules160 and 272.   This Court

21   ADMONISHES the parties and counsel that they must obey the Federal Rules of Civil Procedure and

22   this Court's Local Rules and orders and are subject to sanctions as this Court deems appropriate.

23
24   IT IS SO ORDERED.

25   **Dated:   April 24, 2013**              ___/s/  Lawrence J. O'Neill_____
                                              UNITED STATES DISTRICT JUDGE
26
27
28