UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AURORA CERVANTES<br><br>    Plaintiffs,<br><br>  vs.<br><br>BIG 5 SPORTING GOODS,<br><br>    Defendant. | **CASE NO. 1:13-CV-00144-LJO-GSA**<br><br>**ORDER TO DISMISS AND CLOSE ACTION** |

Based on Plaintiffs' notice of voluntary dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i), this Court:

1. DISMISSES without prejudice this entire action and all claims;
2. VACATES all pending matters and dates; and
3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

Dated:   **August 26, 2013**          **/s/ Lawrence J. O'Neill**
                                    UNITED STATES DISTRICT JUDGE