UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AURORA CERVANTES<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>BIG 5 SPORTING GOODS,<br><br>　　　　Defendant. | **CASE NO. 1:13-CV-00144-LJO-GSA**<br><br>**ORDER TO DISMISS AND CLOSE ACTION** |

　　Based on Plaintiffs' notice of voluntary dismissal under Fed. R. Civ. P. 41(a)(1)(A)(i), this Court:

　　1.　DISMISSES without prejudice this entire action and all claims;

　　2.　VACATES all pending matters and dates; and

　　3.　DIRECTS the clerk to close this action.

IT IS SO ORDERED.

　Dated:　__**August 26, 2013**__　　　　　　　　__/s/ Lawrence J. O'Neill__
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1